IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH HARDY | : | CIVIL ACTION |
| vs. | : | |
| NANCY BERRYHILL,[1] <br> Acting Commissioner of the <br> Social Security Administration | : | NO. 16-6413 |

**O R D E R**

**AND NOW**, this 4th day of August, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Request for Review of Plaintiff, and Plaintiff' Reply thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, and Plaintiff's objections thereto, **IT IS ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Plaintiff's Request for Review is **DENIED.**

4. The Clerk of Court is hereby directed to mark this case **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted as the defendant in this case.